UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Allstate Insurance Company, | ) | Case No. 2:10-cv-0085 |
| | ) | Judge Campbell |
| Plaintiff, | ) | Magistrate Judge Brown |
| | ) | |
| v. | ) | |
| | ) | |
| Robert Hill, Sr., et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY OF DEFAULT

Pending are Plaintiff's Motions for Default Judgment (Docket Entries 20 & 22) against Kenneth Ray Huddleston and Patty Sewell. The Clerk will construe Plaintiffs' motions as requests to enter default pursuant to Federal Rule of Civil Procedure 55(a). The grant of a default judgment is a two part process and no default judgment may be granted pursuant to FRCP 55(b) until default has been entered pursuant to FRCP 55(a). Ramada Franchise Systems, Inc. v. Baroda Enterprises, LLC 220 F.R.D. 303 (N.D. Ohio 2004).

Plaintiff has demonstrated that service has been obtained against Defendants. In addition, Affidavits of Military Service have been provided. Despite having been served, Defendants have not filed responses to the complaint against them within the time frame permitted by law. Accordingly, default is hereby entered against Defendants Kenneth Ray Huddleston and Patty Sewell. Plaintiff may now proceed with a motion for default judgment before the court pursuant to Federal Rule of Civil Procedure 55(b)(2).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court

1