```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         COOKEVILLE DIVISION
```

ALLSTATE INSURANCE COMPANY,       )
                                  )
        Plaintiff                 )
                                  )
v.                                )
                                  )
ROBERT HILL, SR., AUDRY HILL,     )    No. 2:10-0085
ROBERT HILL, JR., a minor,        )    Judge Campbell/Brown
KENNY RAY HUDDLESTON, and         )
PATTY SEWELL, in her capacity     )
as Administratrix of the Estate   )
of KENNETH HALL HUDDLESTON,       )
Deceased,                         )
                                  )
        Defendants                )

## **O R D E R**

A telephone conference was held with the parties on February 1, 2011. The parties advised that the criminal case against Mr. Robert Hill, Sr. had been resolved in his favor. There is a continuing state tort case involving Mr. Hill and others that is set for trial on March 25, 2011, in Kentucky. The parties advised that there were efforts underway to mediate that case, and that if that case was resolved, this case would go away. In the event the contested case went to trial, the possibility would remain that this case would need to be pursued. The parties anticipate that this case will likely be decided on motions without the necessity of an actual trial. The parties did request a brief extension of the deadlines for filing dispositive motions to allow time for the dust to settle on the Kentucky case.

Accordingly, the dispositive motion deadline is extended to **May 31, 2011**. Responses will be due **21 days** after any dispositive motion and replies, if any, limited to **five pages**, will be due **14 days** after any response.

In the event the case does need to be tried, the parties still estimate that it could be tried without a jury in less than two days. Accordingly, a trial date on or after the first of November, 2011 is recommended.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge